1   RAJ V. ABHYANKER (CA SBN 233284)
    *raj@rajpatent.com*
2   CHRISTIAN J. MARTINEZ (CA SBN 215360)
    *christian@rajpatent.com*
3   *SAMIK BHATTACHARYYA (CA SBN 260836)*
    *samik@rajpatent.com*
4   ASHWIN ANAND (CA SBN 264694)
    *ashwin@rajpatent.com*
5   VANDANA BALAKRISHNAN (CA SBN 267322)
    *vandana@rajpatent.com*
6   BENJAMIN ASHUROV (CA SBN 271716)
    *ben@rajpatent.com*
7   RAJ ABHYANKER, P.C.
8   1580 W. El Camino Real, Suite 8
    Mountain View CA, 94040
9   Telephone:    (650) 965-8731
    Facsimile:    (650) 989-2131
10

11  Attorneys for Plaintiff,
    ProconGPS, Inc.

12              UNITED STATES DISTRICT COURT          **SI**

13            NORTHERN DISTRICT OF CALIFORNIA

14

15                                          **CV  11  3975**

16
    PROCONGPS, INC., a Tennessee           CASE NO.
17  Corporation,
                                           **CERTIFICATION OF INTERESTED**
18              Plaintiff,                 **ENTITIES OR PERSONS**

19        v.

20  STAR SENSOR, LLC, a California
    Limited Liability Company; JIM
21  SCHUMACHER, a California Limited
    Liability Company (d/b/a GPS Vehicle
22  Finder); JIM SCHUMACHER, an
    individual; TONY RANGEL, an
23  individual; SKYPATROL, LLC., a Florida
    Limited Liability Corporation,
24
                Defendants.
25

26        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

27  associations of persons, firms, partnerships, corporations (including parent corporations) or other

28
                                        - 1 -

ORIGINAL FILED
2011 AUG 15  A 10: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Raj Abhyanker, P.C.
Mountain View, CA
rajpatent.com

1    entities (i) have a financial interest in the subject matter in controversy or in a party to the

2    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

3    substantially affected by the outcome of this proceeding:

4    BERTRAM CAPITAL, major shareholder of PROCONGPS, INC.

5

6

7    Dated: August 11, 2011

8    By: _____

9

10                                  RAJ ABHYANKER, P.C.
                                    CHRISTIAN J. MARTINEZ
11                                  *christian@rajpatent.com*
                                    1580 W. El Camino Real, Suite 8
12                                  Mountain View CA, 94040
                                    Telephone:(650) 965-8731
13                                  Facsimile: (650) 989-2131

14                                  *Attorneys for Plaintiff,*
                                    ProconGPS, Inc.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.