BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
ERIC C. PAI (CA SBN 247604)
EPai@mofo.com
JEREMIAH R. TORRES (CA SBN 267407)
JTorres@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendant
SKYPATROL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROCONGPS, INC., a Tennessee Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STAR SENSOR, LLC, a California Limited Liability Company; JIM SCHUMACHER, a California Limited Liability Company (d/b/a GPS Vehicle Finder); JIM SCHUMACHER, an individual; TONY RANGEL, an individual; SKYPATROL, LLC, a Florida Limited Liability Corporation,<br><br>　　　　　　　Defendants. | Case No.   CV 11-03975 SI<br><br>**NOTICE OF APPEARANCE OF ERIC C. PAI AS COUNSEL FOR DEFENDANT SKYPATROL, LLC** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eric C. Pai of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018, telephone (650) 813-5600, email address EPai@mofo.com, hereby appears as counsel on behalf of defendant Skypatrol, LLC in the above-referenced matter.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise file through the Court's electronic filing system should be forwarded to counsel at the following address:

> Eric C. Pai
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, CA  94304-1018

Dated: September 19, 2011            MORRISON & FOERSTER LLP

By:  /s/ Eric C. Pai
     Eric C. Pai

Attorneys for Defendant
SKYPATROL, LLC