UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROCONGPS, INC., a Tennessee Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STAR SENSOR, LLC, a California Limited Liability Company; JIM SCHUMACHER, a California Limited Liability Company (d/b/a GPS Vehicle Finder); JIM SCHUMACHER, an individual; TONY RANGEL, an individual; SKYPATROL, LLC, a Florida Limited Liability Corporation,<br><br>　　　　　　Defendants. | Case No.   CV 11-03975 SI<br><br>[~~PROPOSED~~] ORDER REMOVING JEREMIAH R. TORRES AS ATTORNEY OF RECORD FOR DEFENDANT SKYPATROL, LLC<br><br>Ctrm:　Courtroom 10, 19th Floor<br>Judge:　Honorable Susan Illston |

　　Pursuant to Civil Local Rule 11-5, the Court hereby GRANTS Defendant Skypatrol, LLC's ("Skypatrol") motion for an order permitting withdrawal of Jeremiah R. Torres as attorney of record for Skypatrol. Mr. Torres is hereby removed from the parties' and the Court's list of counsel in this action.

　　Counsel of record for Skypatrol otherwise remains unchanged.

Dated: ____11/29/11_____　　　_____/s/ Susan Illston_____
　　　　　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER GRANTING MTN TO REMOVE JEREMIAH R. TORRES AS COUNSEL FOR SKYPATROL, LLC
Case No. CV 11-03975 SI
pa-1499222

1