IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCONGPS, INC., | No. C 11-03975 SI |
| Plaintiff, | **ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW** |
| v. | |
| STAR SENSOR, LLC, et al., | |
| Defendants. | |

Knobbe, Martens, Olson & Bear, LLP, counsel for defendants Star Sensor, LLC, Jim Schumacher LLC, Jim Schumacher, and Tony Rangel, moved for leave to withdraw as counsel of record. The attorneys cite defendants' failure to pay fees and communication difficulties.

The Court GRANTS the motion to withdraw, **effective February 1, 2013.** The Court urges defendants to obtain new counsel before that date. Defendants Star Sensor, LLC and Jim Schumacher LLC may not appear in this action without counsel.

**IT IS SO ORDERED.**

Dated: January 14, 2013

SUSAN ILLSTON
United States District Judge