Michael H. Trenholm (Bar No. 163291)
mtrenholm@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
Mission Lake Center
3600 Lime Street, Suite 725
Riverside, CA 92501
Telephone: 951-781-9231
Facsimile: 949-760-9502

John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
Kenneth R. Nielsen (Bar No. 248759)
kenneth.nielsen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Former Attorneys for Defendants and Counterclaimants
STAR SENSOR TECHNOLOGY, LLC; JIM
SCHUMACHER LLC; JIM SCHUMACHER; and
TONY RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROCONGPS, INC., a Tennessee Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STAR SENSOR, LLC, a California Limited Liability Company;<br>JIM SCHUMACHER, a California Limited Liability Company (d/b/a GPS VEHICLE FINDER);<br>JIM SCHUMACHER, an individual;<br>TONY RANGEL, an individual; and<br>SKYPATROL, LLC, a Florida Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:11-CV-03975-SI<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND COUNTERCLAIMANTS STAR SENSOR TECHNOLOGY, LLC; JIM SCHUMACHER LLC; JIM SCHUMACHER; AND TONY RANGEL**<br><br>[~~PROPOSED~~] ORDER<br><br>Honorable Susan Illston |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Defendants and Counterclaimants STAR SENSOR TECHNOLOGY, LLC; JIM SCHUMACHER LLC; JIM SCHUMACHER; and TONY RANGEL hereby substitute Best Best & Krieger, LLP in place of Knobbe, Martens, Olson & Bear, LLP as their counsel of record in this action. The contact information of new counsel is as follows:

> G. Henry Welles (Bar No. 157193)
> henry.welles@bbklaw.com
> Best Best & Krieger, LLP
> 74-760 Highway 111, Suite 200
> Indian Wells, CA 92210
> Telephone No: (760) 568-2611
> Telecopier No.: (760) 340-6698

## CONSENT TO SUBSTITUTION

I consent to this substitution.

Dated: Jan 17, 2013            By: _____
                                   Star Sensor Technology, LLC

Dated: JAN 17 2013             By: _____
                                   Jim Schumacher LLC

Dated: JAN 17th 2013           By: _____
                                   Jim Schumacher

Dated: Jan 17, 2013            By: _____
                                   Tony Rangel

-1-

Case No. 3:11-CV-03975-SI
Notice of Substitution

99999.96507\7780728.1

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 1/21/2013

By: _____
Michael H. Trenholm
John W. Holcomb
Kenneth R. Nielsen
Former Attorneys for Defendants and
Counterclaimants STAR SENSOR
TECHNOLOGY, LLC; JIM SCHUMACHER LLC;
JIM SCHUMACHER; and TONY RANGEL

BEST BEST & KRIEGER, LLP

Dated: January 17, 2013

By: _____
G. Henry Welles
Zakia Kator
New Attorneys for Defendants and
Counterclaimants STAR SENSOR
TECHNOLOGY, LLC; JIM SCHUMACHER LLC;
JIM SCHUMACHER; and TONY RANGEL

**ORDER**

**IT IS SO ORDERED.**

[signature: Susan Illston]

Dated: _____1/22/13_____

United States District Judge

14470666