IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCONGPS, INC., | No. C 11-3975 SI |
| Plaintiff, | **ORDER RE: DISCOVERY** |
| v. | |
| STAR SENSOR, LLC, *et al.*, | |
| Defendants. | |

The parties have filed letter briefs regarding several discovery disputes that arose in November and December 2012. Defendants were represented by their prior counsel in connection with these discovery disputes, and on January 23, 2013, defendants' new counsel made an appearance in this case.

It is unclear from the parties' letter briefs and January 25, 2013 case management conference statement whether any of the pending discovery disputes have been resolved by defendants' ongoing document production. The Court directs counsel to meet and confer regarding defendants' document production, as well as any issues related to plaintiff's request to search Star Sensor's electronic source code. Counsel are also directed to meet and confer regarding the adequacy of defendants' interrogatory responses. Counsel shall comply with Paragraph 2 of this Court's standing order in conducting the meet and confer. If any discovery disputes remain after the parties' meet and confer efforts, the parties shall file a joint statement stating the nature and status of the dispute. This order resolves docket number 124.

**IT IS SO ORDERED.**

Dated: January 31, 2013

SUSAN ILLSTON
United States District Judge