1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  ERIC C. PAI (CA SBN 247604)
   EPai@mofo.com
3  PETER H. DAY (CA SBN 275155)
   PDay@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
6  Facsimile: 650.494.0792

7  Attorneys for Defendant
   SKYPATROL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROCONGPS, INC., a Tennessee Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STAR SENSOR, LLC, a California Limited Liability Company; JIM SCHUMACHER, a California Limited Liability Company (d/b/a GPS Vehicle Finder); JIM SCHUMACHER, an individual; TONY RANGEL, an individual; SKYPATROL, LLC, a Florida Limited Liability Corporation,<br><br>Defendants. | Case No. CV 11-03975 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND COUNTERCLAIMANTS JIM SCHUMACHER LLC AND JIM SCHUMACHER; [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL**<br><br>Ctrm: Courtroom 10, 19th Floor<br>Judge: Honorable Susan Illston |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Defendants and Counterclaimants JIM SCHUMACHER LLC and JIM SCHUMACHER hereby substitute Morrison & Foerster LLP in place of Best Best & Krieger, LLP as their counsel of record in this action. The contact information of new counsel is as follows:

> BRYAN WILSON (CA SBN 138842)
> BWilson@mofo.com
> ERIC C. PAI (CA SBN 247604)
> EPai@mofo.com
> PETER H. DAY (CA SBN 275155)
> PDay@mofo.com
> MORRISON & FOERSTER LLP
> 755 Page Mill Road
> Palo Alto, California 94304-1018
> Telephone: 650.813.5600
> Facsimile: 650.494.0792

**CONSENT TO SUBSTITUTION**

I consent to this substitution.

Dated: February 5, 2013        By: _____
                                    Jim Schumacher LLC

Dated: February 5, 2013        By: _____
                                    Jim Schumacher

Dated: February 5, 2013        BEST BEST & KRIEGER, LLP

                                By: _____
                                    G. Henry Welles
                                    Zakia Kator
                                    Former Attorneys for Defendants and
                                    Counterclaimants JIM SCHUMACHER LLC
                                    and JIM SCHUMACHER

Dated: February __, 2013        MORRISON & FOERSTER LLP

                                By: _____
                                    Bryan Wilson
                                    Eric C. Pai
                                    Peter H. Day
                                    New Attorneys for Defendants and
                                    Counterclaimants JIM SCHUMACHER LLC
                                    and JIM SCHUMACHER

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEF'TS AND COUNTERCLAIMANTS JIM SCHUMACHER LLC AND JIM SCHUMACHER; [PROPOSED] ORDER GRANTING SUBSTITUTION   Case No. CV 11-03975 SI
pa-1572117

1

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    Please take notice that Defendants and Counterclaimants JIM SCHUMACHER LLC and

3 JIM SCHUMACHER hereby substitute Morrison & Foerster LLP in place of Best Best &

4 Krieger, LLP as their counsel of record in this action. The contact information of new counsel is

5 as follows:

```
        BRYAN WILSON (CA SBN 138842)
        BWilson@mofo.com
        ERIC C. PAI (CA SBN 247604)
        EPai@mofo.com
        PETER H. DAY (CA SBN 275155)
        PDay@mofo.com
        MORRISON & FOERSTER LLP
        755 Page Mill Road
        Palo Alto, California  94304-1018
        Telephone: 650.813.5600
        Facsimile: 650.494.0792
```

## CONSENT TO SUBSTITUTION

I consent to this substitution.

Dated: February __, 2013            By:_____
                                         Jim Schumacher LLC

Dated: February __, 2013            By:_____
                                         Jim Schumacher

Dated: February __, 2013            BEST BEST & KRIEGER, LLP


                                    By:_____
                                         G. Henry Welles
                                         Zakia Kator
                                    Former Attorneys for Defendants and
                                    Counterclaimants JIM SCHUMACHER LLC
                                    and JIM SCHUMACHER

Dated: February 5, 2013             MORRISON & FOERSTER LLP


                                    By:   /s/ Bryan Wilson
                                         Bryan Wilson
                                         Eric C. Pai
                                         Peter H. Day
                                    New Attorneys for Defendants and
                                    Counterclaimants JIM SCHUMACHER LLC
                                    and JIM SCHUMACHER

1

**ORDER**

2     IT IS SO ORDERED.

3

4   Dated: _____2/6/13_____

_____/s/ Susan Illston_____
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEF'TS AND COUNTERCLAIMANTS JIM SCHUMACHER LLC AND JIM SCHUMACHER; [PROPOSED] ORDER GRANTING SUBSTITUTION    Case No. CV 11-03975 SI
pa-1572117

2