| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
|   | BWilson@mofo.com |
| 2 | ERIC C. PAI (CA SBN 247604) |
|   | EPai@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | JASON R. BARTLETT (CA SBN 214530) |
|   | JasonBartlett@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 8 | San Francisco, CA 94105-2482, USA |
|   | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |
| 10 | Attorneys for Defendants |
|    | SKYPATROL, LLC, JIM SCHUMACHER, |
| 11 | a California Limited Liability Company, |
|    | and JIM SCHUMACHER, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROCONGPS, INC., a Tennessee Corporation, | Case No.   CV 11-03975 SI |
| Plaintiff, | **NOTICE OF APPEARANCE BY ALESSA PHANG** |
| v. | Ctrm:    Courtroom 10, 19th Floor |
| STAR SENSOR, LLC, a California Limited Liability Company; JIM SCHUMACHER, a California Limited Liability Company (d/b/a GPS Vehicle Finder); JIM SCHUMACHER, an individual; TONY RANGEL, an individual; SKYPATROL, LLC, a Florida Limited Liability Corporation, | Judge:   Honorable Susan Illston |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Alessa Phang of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018, telephone (650) 813-4118, email address APhang@mofo.com, hereby appears as counsel on behalf of defendant Skypatrol, LLC in the above-referenced matter.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise file through the Court's electronic filing system should be forwarded to counsel at the following address:

> Alessa Phang
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, CA  94304-1018

Dated:  August 9, 2012       MORRISON & FOERSTER LLP

By: /s/ Alessa Phang
    Alessa Phang

Attorneys for Defendants
SKYPATROL, LLC, JIM SCHUMACHER, a California Limited Liability Company, and JIM SCHUMACHER, an individual

NOTICE OF APPEARANCE BY ALESSA PHANG
Case No. CV 11-03975 SI
pa-1601463

1