| | |
|---|---|
| JAMES C. OTTESON, (SBN 157781)<br>jim@agilityiplaw.com<br>BRANDON BAUM, (SBN 121318)<br>brandon@agilityiplaw.com<br>DAVID A. CAINE, (SBN 218074)<br>dacaine@agilityiplaw.com<br>MICHAEL D.K. NGUYEN (SBN 264813)<br>mnguyen@agilityiplaw.com<br>AGILITY IP LAW, LLP<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone:  (650) 227-4800<br>Facsimile:   (650) 318-3483<br><br>Attorneys for Plaintiff<br>SPIREON, INC.<br>(formerly, ProconGPS, Inc.) | BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>JasonBartlett@mofo.com<br>ALESSA YIN-CHEN PHANG (CA SBN 286872)<br>APhang@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California  94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>Attorneys for Defendants<br>SKYPATROL, LLC, JIM SCHUMACHER, LLC, AND JIM SCHUMACHER |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PROCONGPS, INC., a Tennessee Corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>STAR SENSOR, LLC, a California Limited Liability Company; JIM SCHUMACHER, a California Limited Liability Company (d/b/a GPS Vehicle Finder); JIM SCHUMACHER, an individual; TONY RANGEL, an individual; SKYPATROL, LLC, a Florida Limited Liability Corporation,<br><br>                Defendants. | Case No. CV 11-03975 SI<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:    The Honorable Susan Illston |

*IT IS SO ORDERED*
*Judge Susan Illston*

1  The plaintiff and counterclaim-defendant, Spireon, Inc., formerly known as ProconGPS,
2  Inc., and defendants and counterclaim-plaintiffs Skypatrol, LLC, Jim Schumacher, LLC and Jim
3  Schumacher hereby stipulate to the dismissal with prejudice of all claims and counterclaims
4  between them in this action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (c)
5  and subject to the terms of certain confidential agreements dated August 27, 2013, with each
6  party to bear its own costs, expenses and attorneys' fees.

Dated: August 27, 2013    MORRISON & FOERSTER LLP

By: _____*/s/ Bryan J. Wilson*_____
        BRYAN J. WILSON

Attorney for Defendants
SKYPATROL, LLC, JIM
SCHUMACHER, LLC, AND JIM
SCHUMACHER

Dated: August 27, 2013    AGILITY IP LAW, LLP

By: _____*/s/ David A. Caine*_____
        DAVID A. CAINE

Attorneys for Plaintiff
SPIREON, INC.
(formerly, ProconGPS, Inc.)

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE              1
CASE NO. CV 11-03975 SI
sf-3325324

ATTESTATION

I, David A. Caine, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Bryan J. Wilson has concurred in this filing.

Dated: August 27, 2013              */s/ David A. Caine*
                                     David A. Caine